for its breach. This is an interesting way of permitting a contract to be broken without consequences to the one who breaks it, notwithstanding the fact that the other party actually suffers a pecuniary loss when it is not recouped by other employment of his time.

The court suggests that it would be unfair to adopt my theory of this case because a corporation could not recover from Norair in similar circumstances. But the corporation would incur the actual costs represented by the salary or wages of the supervising employee. The employee would receive the benefit of this compensation, and, of course, the profit of the corporation could be calculated only after such an expenditure was taken into account. Presumably the employee would be transferred to other work producing an income for the corporation, if released from the contract job because of the termination of the contract.

Mr. William H. Collins, Jr., Asst. U. S. Atty., with whom Messrs. David C. Acheson, U. S. Atty., Nathan J. Paulson and Harold H. Titus, Jr., Asst. U. S. Attys., were on the brief, for appellee. Mr. Charles T. Duncan, Principal Asst. U. S. Atty., also entered an appearance for appellee.

Before WASHINGTON, DANAHER and BASTIAN, Circuit Judges.

PER CURIAM.

This is an abortion case, in which appellant's able court-appointed counsel urges that the evidence was such that the jury could not have been convinced of guilt beyond a reasonable doubt. We disagree.

Affirmed.

Guy C. HUNT, Appellant,

v.

UNITED STATES of America, Appellee.

No. 16623.

United States Court of Appeals District of Columbia Circuit.

Argued Feb. 19, 1962.

Decided March 15, 1962.

Petition for Rehearing Denied March 22, 1962.

Certiorari Denied June 25, 1962.

See 82 S.Ct. 1611.

Mr. Jeremiah C. Collins, Washington, D. C. (appointed by this court) for appellant.

Henry S. BUSH, Appellant,

v.

UNITED STATES of America, Appellee.

No. 16544.

United States Court of Appeals District of Columbia Circuit.

Argued March 1, 1962.

Decided March 15, 1962.

Motion for Reconsideration Denied March 29, 1962.

Mrs. Dovey J. Roundtree, Washington, D. C., for appellant.

Mr. William H. Collins, Jr., Asst. U. S. Atty., with whom Messrs. David C. Acheson, U. S. Atty., Nathan J. Paulson and Harold H. Titus, Jr., Asst. U. S. Attys., were on the brief, for appellee. Messrs.